UNITED STATES DISTRICT OF NEW YORK
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/20/14

XIAOLU "PETER" YU,

        Plaintiff,

- against -

VASSAR COLLEGE,

        Defendant.

CASE NO. 13-cv-04373 (HB)

ORDER TO SHOW CAUSE FOR
PRELIMINARY INJUNCTION
AND TEMPORARY
RESTRAINING ORDER

  Upon the Declaration of Xiaolu "Peter" Yu ("Plaintiff"), sworn to on February 11, 2014, the exhibits annexed thereto, the Declaration of Kimberly C. Lau, Esq., dated February 18, 2014, and the accompanying Memorandum of Law, and all the pleadings heretofore had herein, it is

  ORDERED, that the defendant, Vassar College ("Defendant") show cause before a motion term of this Court, at Room 11 D, United States Courthouse, 500 Pearl Street, in the City, County and State of New York, on February 25, 2014, at 3 o'clock in the afternoon thereof, or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining the Defendant during the pendency of the instant Motion and the underlying action from: (i) disclosing, releasing and/or disseminating that portion of his education file that relates to the allegations of sexual misconduct made by Mary Claire Walker to other educational institutions during the pendency of the instant Motion and the underlying action; and (ii) making any oral or written statements with respect to the circumstances of Mr. Yu's departure from Vassar College other than the following: "Mr. Yu is no longer a student at Vassar College, and prior to the conclusion of his studies at Vassar College, he was a student in good standing"; and it is further

Responding papers must be filed by Feb. 24 at 5 p.m.

ORDERED that, sufficient reason having been shown therefor, pending the hearing of Plaintiff's application for a preliminary injunction, pursuant to Rule 65, Fed. R. Civ. P., the Defendant is temporarily restrained and enjoined from: (i) disclosing, releasing and/or disseminating that portion of his education file that relates to the allegations of sexual misconduct made by Mary Claire Walker to other educational institutions during the pendency of the instant Motion and the underlying action; and (ii) making any oral or written statements with respect to the circumstances of Mr. Yu's departure from Vassar College other than the following: "Mr. Yu is no longer a student at Vassar College, and prior to the conclusion of his studies at Vassar College, he was a student in good standing";

[struck] ORDERED that the posting of security is hereby waived; and it is further

ORDERED that personal service of a copy of this order and annexed affidavit upon the defendant or his counsel on or before 11 o'clock in the fore_noon, Feb. 20, shall be deemed good and sufficient service thereof.

DATED: New York, New York
ISSUED: Feb. 20, 2014
10:30 A.M.

_____
United States District Judge
SHIRA A. SCHEINDLIN
PART ONE