UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

XIAOLU "PETER" YU,

        Plaintiff,

-against-

VASSAR COLLEGE,

        Defendant.

-----------------------------------------------------------X

13-Civ. 4373 (HB) (MHD)

Part 1 Motion

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

For the reasons stated on the record, Plaintiff's motion for a preliminary injunction is DENIED. Plaintiff has failed to adequately demonstrate that he would suffer irreparable injury or the immediacy of his need for relief. *See Grand River Enter. Six Nations, Ltd. v. Pryor*, 481 F.3d 60, 66 (2d Cir. 2007); *Doe v. New York Univ.*, 666 F.2d 761, 773 (2d Cir. 1981) ("Ordinarily a one-year delay in obtaining admission to a graduate school . . . is insufficient to warrant an injunction in the absence of other circumstances militating in favor of such relief."). Plaintiff has also not given a sufficient justification for imposing a prior restraint on Defendant's speech, or for compelling its speech. *See Metro. Opera Ass'n, Inc. v. Local 100, Hotel Employees & Rest. Employees Int'l Union*, 239 F.3d 172, 176 (2d Cir. 2001).

Dated: New York, New York
      February 25, 2014

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge

1