UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOLU "PETER" YU,

                              Plaintiff,

       - against -

VASSAR COLLEGE,

                             Defendant.

CASE NO. 13-cv-04373 (RA) (MHD)

**SUPPLEMENTAL DECLARATION OF ALEXANDER W. BOGDAN**

Alexander W. Bogdan, an attorney duly admitted to practice law in the State of New York, hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.    I am an attorney admitted to the bar of this Court and am associated with Hughes Hubbard & Reed LLP, attorneys for Defendant Vassar College ("Vassar"). I submit this Supplemental Declaration in further support of Vassar's Motion for Summary Judgment.

2.    I am fully familiar with the facts and circumstances set out below based upon my personal knowledge and my review of the files maintained by my law office.

3.    A true and correct copy of relevant excerpts of the deposition of Jamie Kelly is attached hereto as Exhibit A.

4.    A true and correct copy of relevant excerpts of the deposition of Julian Williams is attached hereto as Exhibit B.

5.    Personally identifiable information of Vassar students other than Plaintiff Yu has been redacted from Exhibit A.

Dated: New York, New York
       August 11, 2014

                                                          */s/ Alexander W. Bogdan*
                                                           Alexander W. Bogdan

64566644_1