# EXHIBIT B TO THE SUPPLEMENTAL DECLARATION OF ALEXANDER BOGDAN

```
 1
 2    UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK
 3    ----------------------------------------X
 4    XIAOLU "PETER" YU,
 5                        Plaintiff,
                                              CASE NO.
 6            -against-                       13 CV 4373
 7    VASSAR COLLEGE,
 8                        Defendant.
      ----------------------------------------X
 9
                        124 Raymond Avenue
10                      Poughkeepsie, NY
11                      June 12, 2014
                        12:01 P.m.
12
13
14
15
16            Examination before trial of DEFENDANT,
17    VASSAR COLLEGE, by JULIAN WILLIAMS, held pursuant
18    to Court Order, at the above time and place,
19    before Marie A. Martin, a Notary Public of the
20    State of New York.
21
22
23
24
25
```

```
 1                    - JULIAN WILLIAMS -
 2     usually available online.  So if I need to
 3     reference something quick, I can go online to find
 4     it or I will typically do, go onto the specific
 5     website to find a directive or look at the FAQs to
 6     answer a specific question.
 7          Q.    Do your duties as Title IX coordinator
 8     differ from that of a Title IX investigator?
 9          A.    As I understand it, they do.
10          Q.    How so?
11          A.    The role of the investigator is to
12     investigate.  So their responsibility would be to
13     meet with the complainant, meet with the
14     respondent, to compile all the information and
15     evidence, to speak to any witnesses and draft a
16     report.
17               The way that it's set up here at Vassar
18     is that if a student versus student or student on
19     student, student conduct matters, that those are
20     to be investigated by the Title IX investigator.
21               My role is to assist and supervise the
22     investigation, as well as to be a resource for the
23     complainant and the respondent should there be
24     questions about the overall process, about the
25     hearing process or the investigative process.  And
```

1                    - JULIAN WILLIAMS -

2    in order to do that effectively, as I understand

3    it, in my opinion, you can't be the one doing the

4    investigation, that you have to be somewhat

5    separated from it.  So there is a specific

6    separation of roles there set up here at Vassar.

7        Q.   Do you play any role in the actual

8    adjudication of the complaint once it gets to a

9    hearing?

10       A.   I am not sure of your question.  Would

11   you mind rephrasing?  I think I know what you are

12   trying to get at.

13       Q.   So once the complaint gets passed the

14   investigation stage and a report is compiled and a

15   hearing is coordinated, has begun --

16       A.   Right.

17       Q.   -- there is a panel that sits --

18       A.   Right.

19       Q.   -- that's in charge of deciding and

20   determining whether the accused is responsible or

21   not.  Do you play any role in that decision-making

22   process?

23       A.   No.

24       Q.   Panel members don't reach out to you in

25   any way at that point to help them?

Page 30

2            You can answer.

3       A.    That's correct.  I wouldn't solicit the

4   complainant or the respondent unless they were to

5   come to me or if I was directed that this person

6   may have had a question.  Then at that point I

7   would reach out to them.

8       Q.    Has Vassar College ever been audited for

9   compliance with Title IX?

10      A.    I don't know.  Since I have been here, I

11  don't believe that we have, but I can't speak to

12  what happened before I started working here.

13      Q.    You mean while Belinda Guthrie was in

14  place?

15      A.    That's correct.

16      Q.    Have you ever personally been audited

17  for your compliance with Title IX?

18      A.    Not to my knowledge.

19      Q.    Does Vassar College evaluate, at any

20  time, how it handles sexual assault cases on

21  campus?

22      A.    Yes.

23      Q.    How often per year?

24      A.    I would be unable to give a number.  I

25  would say frequently.  We are consistently looking

Page 31

1                    - JULIAN WILLIAMS -

2    at our policies, looking at ways to always

3    improve.

4              We consistently try to get feedback from

5    those involved to figure out how or what changes

6    may be necessary to make policies clear and make

7    processes clearer from there.  So I would say that

8    we do that very frequently.

9         Q.    Frequently, like once a month?

10        A.    It could be once a month.  It could be

11   once every two months.  I know we -- this is an

12   undertaking that we would do annually.  We would

13   look at -- for example, at the end of last year we

14   had added new policies to our handbook.  It was

15   with regards to stalking and dating violence.  So

16   those are the types of changes that we would make

17   frequently in terms of crafting an additional

18   policy.

19        Q.    You might have mentioned it before, but

20   remind me, do you have a hand in the drafting of

21   regulations or policies at Vassar College?

22        A.    Yes.

23        Q.    So, for example, the new policies you

24   just mentioned relating to stalking and dating

25   violence, did you have a hand in drafting the

1                    - JULIAN WILLIAMS -

2    relevant or not, with the understanding that the

3    overarching goal in my role as Title IX officer is

4    not only latitude, but also giving each party a

5    full and fair opportunity to present their case on

6    their behalf.

7        Q.    After the investigation report is

8    drafted, it's transmitted to you directly by

9    Mr. Horowitz; right?

10       A.    That's correct.

11       Q.    What do you do with that after he has

12   given it to you?

13       A.    Typically it's a pretty holistic review.

14   I am looking at the facts, how they are stated, is

15   the information clear when the panel has to look

16   at this, looking at the specific possible

17   violations.

18            Basically looking at -- checking for

19   spelling errors, grammatical errors, anything that

20   may detract from the panel or distract the panel

21   from their specific duties.

22            So that's typically my role, is to look

23   at how things are laid out, is it clear, is it

24   organized, is it detailed, is there enough

25   information there to give the panelists or is

Page 57

1                    - JULIAN WILLIAMS -

2      there too much information there.  It's sort of

3      that, for example, that sort of a review that I

4      will do when receiving the report.

5           Q.   Do you review the report together with

6      witness statements, written witness statements

7      that are referenced within the report?

8           A.   No.  I would just -- I typically would

9      just get the report itself.

10          Q.   So you also don't get handwritten notes

11     that were taken by Mr. Horowitz or Ms. Squillace

12     during the investigation?

13          A.   That's correct.  I wouldn't review --

14     typically I wouldn't review their handwritten

15     notes.  Just the report at the end.

16          Q.   So how do you ensure that the report is

17     containing all the facts and witnesses relevant to

18     the charges?

19               MR. BOGDAN:  Objection.

20               You can answer.

21          A.   I think that comes, once again, with the

22     trust that's there, as well as that the

23     investigators are trained to make the

24     determination as to which facts to include, which

25     facts went up to the panel, which facts may

1                    - JULIAN WILLIAMS -

2        amendments, we'll have to -- typically the only

3        persons to attend hearings are members of the

4        college community.

5                That will probably change next year.

6        We'll have to allow attorneys present in the room.

7        So we'll be looking at a list of changes there and

8        this could be one of them.

9            Q.    Do you audit Richard Horowitz's

10       compliance with Title IX?

11                MR. BOGDAN:  Objection.

12                You can answer.

13           A.    My role is to supervise his duties as

14       Title IX investigator.  He has other duties which

15       are supervised in residential life.  But he and I,

16       as well as the other investigators, will meet

17       frequently to talk about our processes, our

18       procedures, what we are doing, what they are doing

19       in cases.  So I would see that as a specific type

20       of audit and review.

21           Q.    Do you take note of how many training

22       sessions Mr. Horowitz attend per year?

23           A.    I do.  Yes.

24           Q.    In 2013 how many had he attended?

25           A.    Sure.  It's my understanding that he