UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOLU "PETER" YU,<br><br>                              Plaintiff,<br><br>    - against -<br><br>VASSAR COLLEGE,<br><br>                             Defendant. | CASE NO. 13-cv-04373 (RA) (MHD) |

## NOTICE OF FILING
## EXHIBITS TO THE AFFIDAVIT OF RICHARD HOROWITZ

      PLEASE TAKE NOTICE that, pursuant to the Court's July 28, 2014 Order, filed herewith are Exhibits A through L to the Affidavit of Richard Horowitz (ECF No. 59).

Dated:   New York, New York
             August 11, 2014

                                                  Respectfully submitted,

                                                  HUGHES HUBBARD & REED LLP

                                                  By: /s/ George A. Davidson
                                                        George A. Davidson
                                                        Ned H. Bassen
                                                        Alexander W. Bogdan
                                                        One Battery Park Plaza
                                                        New York, New York 10004
                                                        (212) 837-6000
                                                        davidson@hugheshubbard.com
                                                        bassen@hugheshubbard.com
                                                        bogdan@hugheshubbard.com

                                                  Attorneys for Defendant Vassar College

64568540_1