UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOLU "PETER" YU,<br><br>                              Plaintiff,<br><br>- against -<br><br>VASSAR COLLEGE,<br><br>                              Defendant. | CASE NO. 13-cv-04373 (RA)<br>(MHD) |

**NOTICE OF FILING**
**EXHIBITS TO THE AFFIDAVIT OF LUIS INOA**

      PLEASE TAKE NOTICE that, pursuant to the Court's July 28, 2014 Order, filed herewith are Exhibits A through B to the Affidavit of Luis Inoa (ECF No. 60).

Dated:   New York, New York
            August 11, 2014

                                            Respectfully submitted,

                                            HUGHES HUBBARD & REED LLP

                                            By: /s/ George A. Davidson
                                                George A. Davidson
                                                Ned H. Bassen
                                                Alexander W. Bogdan
                                                One Battery Park Plaza
                                                New York, New York 10004
                                                (212) 837-6000
                                                davidson@hugheshubbard.com
                                                bassen@hugheshubbard.com
                                                bogdan@hugheshubbard.com

                                                Attorneys for Defendant Vassar College

64568540_1