# EXHIBIT A TO THE AFFIDAVIT OF LUIS INOA

## RECOMMENDED FORMAT FOR PANEL RECOMMENDATIONS

D.B.Brown, Ph.D.
Dean of Students
Vassar College

Dear Dean Brown:

The College Regulations Panel met on __3/7/2013__ to consider allegations that __Xiaolu Yu__ may be in violation of the following College Regulations.

Findings

Section 5 Item 5.05. Responsible 3-0
Section 20 Item 20.2 Responsible 3-0

Recommended sanctions:

- Expulsion

- No contact with panel, witnesses, accused

Reasoning behind sanction recommendations:

- ~~In the absence of mitigating circumstances~~ We feel that expulsion is best for the college community.

Information that was considered in reaching a decision regarding responsibility for violations:

- The 3 witnesses.
- Investigator findings
- Complainant testimony
- Respondent testimony

Information that was NOT considered in reaching a decision regarding responsibility:

- ~~Facebook chat because it occurred after the~~
- We did not consider a claim in **Redacted** testimony stating the respondent was involved in a prior "sexual assault."

Information that was considered in reaching a decision regarding sanctions:
- Respondant's closing statement
- Complainant closing statement
- Investigator's report and closing statement
- Significance of these charges to our school.

Information that was NOT considered in reaching a decision regarding sanctions:
- Claims in **Redacted** testimony stating the respondant was involved in a prior "sexual assault"

Additional Comments:



Sincerely _____, Chair

CONFIDENTIAL
VAS 00000378