UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| XIAOLU "PETER" YU,<br><br>                                Plaintiff,<br><br>    - against -<br><br>VASSAR COLLEGE,<br><br>                               Defendant. | CASE NO. 13-cv-04373 (RA) (MHD) |

**NOTICE OF FILING**
**EXHIBITS TO THE AFFIDAVIT OF CHRISTOPHER ROELLKE**

      PLEASE TAKE NOTICE that, pursuant to the Court's July 28, 2014 Order, filed herewith are Exhibits A through E to the Affidavit Christopher Roellke (ECF No. 63).

Dated:   New York, New York
             August 11, 2014

                                                      Respectfully submitted,

                                                        HUGHES HUBBARD & REED LLP

                                                        By: /s/ George A. Davidson
                                                           George A. Davidson
                                                           Ned H. Bassen
                                                           Alexander W. Bogdan
                                                           One Battery Park Plaza
                                                           New York, New York 10004
                                                           (212) 837-6000
                                                           davidson@hugheshubbard.com
                                                           bassen@hugheshubbard.com
                                                           bogdan@hugheshubbard.com

                                                           Attorneys for Defendant Vassar College

64568543_1