# EXHIBIT B TO THE AFFIDAVIT OF CHRISTOPHER ROELLKE

**From:** Christopher Roellke [chroellke@vassar.edu]
**Sent:** Monday, March 18, 2013 8:43 AM
**To:** vassar
**Subject:** Re: Appealing process

Dear Peter,

Yes, I have received it and your appeal will be held shortly after the spring recess.

Best...Chris

On Mon, Mar 18, 2013 at 8:33 AM, vassar <xiyu@vassar.edu> wrote:
> Mr. Roellke,
>
> i have submitted my letter of appeal to you on last Friday. I was wondering whether you have received it yet?
>
> Thank you.
> Peter
> On Mar 14, 2013, at 1:53 PM, Christopher Roellke <chroellke@vassar.edu> wrote:
>
>> By 5 p.m. on Monday.
>>
>> Chris
>>
>> On Thu, Mar 14, 2013 at 1:33 PM, vassar <xiyu@vassar.edu> wrote:
>>> Dear Mr. Roellke,
>>>
>>> Before what time on Monday must I submit my appealing letter?
>>>
>>> Thank you very much.
>>> Xiaolu Yu
>>>
>>> On Mar 9, 2013, at 8:08 AM, Christopher Roellke <chroellke@vassar.edu>
>>> wrote:
>>>
>>> Dear Peter,
>>>
>>> Email submission of an appeal is fine.  There are no appeal forms--you may
>>> submit an appeal (as outlined in the student handbook) based on one or more
>>> of the following grounds:
>>>
>>> 1.  new information that was not available at the time of the hearing.
>>> 2.  procedural error
>>> 3.  excessive penalty
>>>
>>> I am able to receive this appeal no later than Monday, March 18.
>>>
>>> Chris Roellke, Dean of the College
>>>
>>> On Sat, Mar 9, 2013 at 7:40 AM, vassar <xiyu@vassar.edu> wrote:
>>>>
>>>> Dear Mr. Roellke,
>>>>
>>>> My name is Peter Yu and I would like to ask you for some information on
>>>> the appealing process to the decision made for me from the Interpersonal
>>>> Violence Panel. I have left campus already, it possible for me to send you
>>>> the appealing request via email?
>>>>
>>>> I have received a unofficial sanction notification via email by Dean Brown
>>>> on this Friday. Does it mean you would need the appealing letter by March
>>>> 15th?
>>>>

```
>>>> Mr. Luis Inoa told me that there are not appealing forms I can fill in for
>>>> requesting this appeal. Do I just write a letter with my reasons of
>>>> requesting?
>>>>
>>>> Thank you very much.
>>>>
>>>> Xiaolu Yu
>>>
>>>
>>>
>
```

CONFIDENTIAL     VAS 00001329