# EXHIBIT E TO THE AFFIDAVIT OF CHRISTOPHER ROELLKE

**From:** Christopher Roellke [chroellke@vassar.edu]
**Sent:** Wednesday, March 27, 2013 11:36 AM
**To:** xiyu@vassar.edu
**CC:** David Brown
**Subject:** appeal

Dear Peter,

Please find below the outcome of your appeal.

March 27, 2013

Xiaolu Yu
1-3-1 198 Zhongqing Street
Zhongshan District
Dalian, China
116013 CH


Dear Xiaolu,

The College Regulations Appeals Committee met on March 27, 2013 to consider your appeal of the outcome of a College Regulations Panel finding and sanctions (March 7, 2013).

After thorough and careful deliberation, the Appeals Committee voted unanimously to uphold the the findings and sanctions of the original College Regulations Panel.


Sincerely,


Chris Roellke
Dean of the College
Professor of Education



cc:      DB Brown, Dean of Students