USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: FEB 27 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XIAOLU "PETER" YU,

                Plaintiff,

-against-

VASSAR COLLEGE,

                Defendant.

---

No. 13-CV-4373 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

The parties are hereby ORDERED to participate in a telephone conference with the Court on March 3, 2015 at 11:00 a.m. regarding the redaction and filing of documents relating to the pending motion for summary judgment.

Plaintiff is directed to call chambers at the time of the conference, with Defendant on the line, at 212-805-0162.

SO ORDERED.

Dated:    February 27, 2015
            New York, New York

_____
Ronnie Abrams
United States District Judge