# NESENOFF & MILTENBERG, LLP

ATTORNEYS AT LAW

IRA S. NESENOFF
ANDREW T. MILTENBERG

MEGAN S. GODDARD
SHARI S. LASKOWITZ

KIMBERLY C. LAU
MARCO A. SANTORI
BARBARA H. TRAPASSO
ARIYA M. WAXMAN
ROBERT D. WERTH
DIANA R. ZBOROVSKY

SENIOR LITIGATION
COUNSEL
PHILIP A. BYLER

COUNSEL
REBECCA C. NUNBERG
MARLA B. TUSK

PARALEGALS
ALLISON A. DUGGAN
ROSA L. ZAPATA
CHRISTINA SPINELLI

March 2, 2015

VIA ECF
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom: 1506
New York, New York 10007

Re: **Peter Yu v. Vassar College**
**Civil Action No.: 13-cv-04373 (HB)**

Dear Judge Abrams:

The parties hereto submit this joint letter to respectfully request an adjournment of the teleconference scheduled for March 3, 2015 at 11:00 a.m. to March 11, 2015 at 11:00 a.m.

This request for an adjournment is necessary because Ms. Kimberly Lau and Mr. Andrew Miltenberg will both be traveling out of state for hearings.

We thank you for your consideration in this matter.

Should you have any questions, please contact the undersigned.

NESENOFF & MILTENBERG, LLP

By: _____
Andrew T. Miltenberg, Esq.
Kimberly C. Lau, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Tel: (212) 736-4500
Fax: (212) 736-2260
*Attorneys for Plaintiff*

HUGHES HUBBARD & REED LLP

By: _____
Alexander Bogdan, Esq.

One Battery Park Plaza
New York, NY 10004
Phone: 212-837-6374
Fax: 212-299-6374
*Attorneys for Defendant*