March 9, 2015

<u>VIA ECF</u>
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom: 1506
New York, New York 10007

           Re:    **Peter Yu v. Vassar College**
                  **Civil Action No.: 13-cv-04373 (HB)**

Dear Judge Abrams:

      The parties hereto submit this joint letter to respectfully request an adjournment of the teleconference scheduled for March 11, 2015 at 11:00 a.m. to March 12, 2015, at the most convenient time available to the Court.

      Plaintiff is requesting this adjournment and Defendant has no objection to the request.

      We thank you for your consideration in this matter.

      Should you have any questions, please contact the undersigned.

**NESENOFF & MILTENBERG, LLP**

By: _____
      Andrew T. Miltenberg, Esq.
      Kimberly C. Lau, Esq.
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
Tel: (212) 736-4500
Fax: (212) 736-2260
*Attorneys for Plaintiff*

**HUGHES HUBBARD & REED LLP**

By: _____
      Alexander Bogdan, Esq.

**One Battery Park Plaza**
**New York, NY 10004**
Phone: 212-837-6374
Fax: 212-299-6374
   *Attorneys for Defendant*