Application granted. The telephone conference is adjourned until March 12, 2015 at 11:30 a.m.

**SO ORDERED:**

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE
3/9/15

March 9, 2015

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAR 09 2015
```

**MEMO ENDORSED**

VIA ECF
Hon. Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Courtroom: 1506
New York, New York 10007

      Re:    Peter Yu v. Vassar College
                Civil Action No.: 13-cv-04373 (HB)

Dear Judge Abrams:

      The parties hereto submit this joint letter to respectfully request an adjournment of the teleconference scheduled for March 11, 2015 at 11:00 a.m. to March 12, 2015, at the most convenient time available to the Court.

      Plaintiff is requesting this adjournment and Defendant has no objection to the request.

      We thank you for your consideration in this matter.

      Should you have any questions, please contact the undersigned.

NESENOFF & MILTENBERG, LLP

By: _____
    Andrew T. Miltenberg, Esq.
    Kimberly C. Lau, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
Tel: (212) 736-4500
Fax: (212) 736-2260
*Attorneys for Plaintiff*

HUGHES HUBBARD & REED LLP

By: _____
    Alexander Bogdan, Esq.

One Battery Park Plaza
New York, NY 10004
Phone: 212-837-6374
Fax: 212-299-6374
*Attorneys for Defendant*