USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: MAR 3 0 2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

XIAOLU "PETER" YU,

          Plaintiff,

-against-

VASSAR COLLEGE,

          Defendant.

No. 13-CV-4373 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Consistent with the conference call held with the parties on March 12, 2015, Plaintiff is hereby

    ORDERED to file on ECF, with student names redacted, all exhibits submitted to the Court in support of its opposition to Defendant's motion for summary judgment. In accordance with Plaintiff's request, these materials shall be filed no later than 12:00 p.m. on April 2, 2015.

SO ORDERED.

Dated:    March 30, 2015
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge