USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/2015

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

XIAOLU "PETER" YU,

                Plaintiff,

    -against-

VASSAR COLLEGE,

                Defendant.

-----------------------------------------------------------X

13 **CIVIL** 4373 (RA)

**JUDGMENT**

    Before the Court is Vassar's for summary judgment, and the matter having come before the Honorable Ronnie Abrams, United States District Judge, and the Court, on March 31, 2015, having rendered its Opinion and Order granting Vassar's motion for summary judgment, dismissing the case, and directing the Clerk to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 31, 2015, Vassar's motion for summary judgment is granted and the case is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
       March 31, 2015

                                            RUBY J. KRAJICK
                                            Clerk of Court
                                     BY:
                                            Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____