UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

XIAOLU "PETER" YU,

         Plaintiff,

 - against -

VASSAR COLLEGE,

         Defendant.

---

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: APR 22 2015

CASE NO. 13-cv-04373 (RA) (MHD)

## MOTION AND ~~PROPOSED~~ ORDER OF WITHDRAWAL OF APPEARANCE OF ALEXANDER W. BOGDAN

  Pursuant to Local Civil Rule 1.4, Defendant Vassar College ("Vassar"), by and through its counsel Hughes Hubbard & Reed LLP ("Hughes Hubbard"), respectfully requests the withdrawal of the appearance of Alexander W. Bogdan as counsel on its behalf. Vassar further requests that the email address bogdan@hugheshubbard.com be removed from the ECF notification list for this case.

  Hughes Hubbard has represented Vassar through the pendency of this action and will continue to do so should the action continue. On October 15, 2013, Mr. Bogdan appeared in this action. As of April 24, 2015, Mr. Bogdan will no longer be associated with Hughes Hubbard and will not continue to represent Vassar in this action. Mr. Bogdan's withdrawal will not affect the posture of this action.

65729257_1

Dated: New York, New York
April 21, 2015

Respectfully submitted,

HUGHES HUBBARD & REED LLP

By: /s/ George A. Davidson
George A. Davidson
One Battery Park Plaza
New York, New York 10004
(212) 837-6000
davidson@hugheshubbard.com

Attorneys for Defendant Vassar College

Entered this 22nd day of April, 2015

SO ORDERED

_____
Honorable Ronnie Abrams
United States District Judge

2